**Order filed June 2, 2016**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00152-CV**
_____

**SHEIKH M. RAFIQ, Appellant**

**V.**

**NUEVA VIDA APARTMENTS, Appellee**

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1057438**

## O R D E R

Appellant's brief was due May 14, 2016. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 1, 2016**, the court will dismiss the appeal for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM